Continental Securities Company and Another, Plaintiffs, v. August Belmont and Others, Defendants.—Motion to strike the case from the calendar granted, without costs, upon the ground that since this appeal was taken the order appealed from has been resettled. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Thomas J. Edgar, Respondent, v. The Brooklyn Heights Railroad Company, Appellant, and Transit Development Company, Defendant.—Motion denied, without costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Edmund F. Gaetjens, an Infant, by August Gaetjens, His Guardian ad Litem, Respondent, v. The City of New York, Appellant.—Motion denied. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Home Trust Company of New York, Respondent, v. Georgia L. Collins, Interpleaded, etc., and Others, Appellants.—Motion denied, without costs, on condition that appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners, etc., for the Appointment of Three Commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.—Motion denied, without costs. Present—Hirschberg, Burr, Woodward and Rich, JJ.; Jenks, P. J., not voting.

In the Matter of the Application of N. Dain's Sons Company, Respondent, for an Order for the Examination of John Lowry, Jr., Appellant, etc.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ. Order to be settled before Mr. Justice Burr.

Jackson Brothers Realty Company, Respondent, v. R. Oliver Phillips, Appellant.—Motion denied, without costs, on condition that appellant perfect his appeal within twenty days, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Charles Kruse, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Motion denied, without costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Rudolph Manser, an Infant, by John Manser, His Guardian ad Litem, Respondent, v. Astoria Veneer Mills, Appellant.—Motion denied, without costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Israel Oxenberg, Appellant, v. Max Podolsky and Another, Respondents.—Motion granted, with costs. Present—Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.